UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


PATRICIA KRAUS on behalf of DAVID SCHIED,

        Petitioner,

v.                                  CASE NO. 2:12-CV-12791
                                      HONORABLE DENISE PAGE HOOD


JERRY NIELSEN,

        Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas

Corpus, the Honorable Denise Page Hood, United States District Judge, presiding, and in accordance

with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is

**DISMISSED WITHOUT PREJUDICE.**


                                    S/Denise Page Hood
                                    DENISE PAGE HOOD
                                    UNITED STATES DISTRICT JUDGE

Dated:  July 6, 2012


I hereby certify that a copy of the foregoing document was served upon counsel of record on July
6, 2012, by electronic and/or ordinary mail.

                                    S/LaShawn R. Saulsberry
                                    Case Manager